UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA PEREZ and ANDREW REYNA,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>FCA US LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive<br><br>　　　　　Defendants. | Case No: 5:20-cv-02512-JWH-SP<br>Dist. Judge John W. Holcomb<br>Mag. Judge Sheri Pym Courtroom:<br><br>**ORDER RE: STIPULATED PROTECTIVE ORDER FILED FEBRURARY 5, 2021** |

　　FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.


DATED: February 11, 2021　　_____

　　　　　　　　　　　　　　　Sheri Pym
　　　　　　　　　　　　　　　United States Magistrate Judge

1

[PROPOSED] ORDER RE: STIPULATED PROTECTIVE ORDER